Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12652−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kathleen Miller
  743 Flittertown Road
  Elm, NJ 08037

Social Security No.:
  xxx−xx−3915

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/15/22
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 4, 2022
JAN: lgr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 22-12652-JNP

Kathleen Miller                                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Apr 04, 2022 | Form ID: 132 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Miller, 743 Flittertown Road, Elm, NJ 08037-9014 |
| 519546165 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519546169 | + | GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519546174 | | Target bank, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519546164 | | Email/Text: ally@ebn.phinsolutions.com | Apr 04 2022 20:27:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519546165 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2022 20:27:41 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519546166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2022 20:30:59 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519546167 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2022 20:27:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519546168 | | Email/Text: mrdiscen@discover.com | Apr 04 2022 20:27:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519546170 | | Email/Text: Bankruptcy@ICSystem.com | Apr 04 2022 20:28:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519546171 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2022 20:30:43 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 519546172 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 04 2022 20:28:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519546173 | | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2022 20:30:53 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519547582 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2022 20:31:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519546175 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2022 20:41:36 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519546174 | | Email/Text: bncmail@w-legal.com | Apr 04 2022 20:27:00 | Target bank, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Kathleen Miller moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3