Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  22−12652−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kathleen Miller
743 Flittertown Road
Elm, NJ 08037

Social Security No.:
xxx−xx−3915

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2022.

Dated: June 16, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Kathleen Miller

    Debtor

Case No. 22-12652-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Miller, 743 Flittertown Road, Elm, NJ 08037-9014 |
| 519585667 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519548610 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 16 2022 20:44:30 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519581091 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 16 2022 20:44:30 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519549464 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 16 2022 20:44:30 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519546164 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2022 20:38:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519546165 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 16 2022 20:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519546166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:43:48 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519586040 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:43:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519546167 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:39:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519551519 | | Email/Text: mrdiscen@discover.com | Jun 16 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519546168 | | Email/Text: mrdiscen@discover.com | Jun 16 2022 20:38:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519546169 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 16 2022 20:38:00 | GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519546170 | | Email/Text: Bankruptcy@ICSystem.com | Jun 16 2022 20:39:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519546171 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2022 20:44:27 | JPMCB, PO Box 15369, Wilmington, DE |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: plncf13 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| | | | 19850-5369 |
| 519580615 | + Email/Text: RASEBN@raslg.com | Jun 16 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519621120 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:43:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519635746 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 20:44:31 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519629374 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519629109 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 20:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519546172 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 16 2022 20:39:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519572853 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 16 2022 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519546173 | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:43:53 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519634601 | + Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519547582 | + Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636157 | + Email/Text: bncmail@w-legal.com | Jun 16 2022 20:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519546175 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:02 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519546174 | Email/Text: bncmail@w-legal.com | Jun 16 2022 20:38:00 | Target bank, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022                    Signature:        /s/Gustava Winters

District/off: 0312-1                          User: admin                                      Page 3 of 3
Date Rcvd: Jun 16, 2022                       Form ID: plncf13                                 Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Kathleen Miller moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4