Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-12652 (JNP)

Kathleen Miller  
743 Flittertown Road  
Elm, NJ  08037

Monthly Payment: $346.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/06/2022 | $260.00 | 06/07/2022 | $260.00 | 07/25/2022 | $346.00 | 07/27/2022 | $346.00 |
| 09/23/2022 | $346.00 | 10/31/2022 | $346.00 | 11/28/2022 | $346.00 | 12/29/2022 | $346.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KATHLEEN MILLER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $1,743.38 | $2,566.62 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $12,709.84 | $0.00 | $12,709.84 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $5,128.76 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $2,534.41 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $311.73 | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK | 33 | $2,004.52 | $0.00 | $0.00 | $0.00 |
| 6 | GS BANK USA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | IC SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 33 | $3,781.14 | $0.00 | $0.00 | $0.00 |
| 9 | ROCKET MORTGAGE, LLC | 24 | $1,502.34 | $0.00 | $1,502.34 | $0.00 |
| 10 | SYNCHRONY BANK | 33 | $135.38 | $0.00 | $0.00 | $0.00 |
| 11 | THD/CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TD BANK USA, N.A. | 33 | $1,528.79 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $670.71 | $0.00 | $0.00 | $0.00 |
| 17 | LVNV FUNDING, LLC | 33 | $487.83 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $1,011.90 | $0.00 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $1,297.52 | $0.00 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,712.02 | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $542.91 | $0.00 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP, LLC | 33 | $1,858.23 | $0.00 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $244.54 | $0.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,512.54 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2022 | 1.00 | $0.00 |
| 06/01/2022 | Paid to Date | $520.00 |
| 07/01/2022 | 58.00 | $346.00 |
| 05/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,596.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $632.48 |
| Arrearages: | $0.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**