Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  22−12652−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Kathleen Miller
    743 Flittertown Road
    Elm, NJ 08037

Social Security No.:
    xxx−xx−3915

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 15, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-12652-JNP

Kathleen Miller                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 148 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen Miller, 743 Flittertown Road, Elm, NJ 08037-9014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 22:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 22:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519548610 | + EDI: AISACG.COM | Aug 16 2024 01:48:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519581091 | + EDI: AISACG.COM | Aug 16 2024 01:48:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519549464 | + EDI: AISACG.COM | Aug 16 2024 01:48:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519546164 | EDI: GMACFS.COM | Aug 16 2024 01:48:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519546165 | EDI: BANKAMER | Aug 16 2024 01:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519585667 | EDI: BANKAMER | Aug 16 2024 01:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519546166 | EDI: CAPITALONE.COM | Aug 16 2024 01:48:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519586040 | + EDI: AIS.COM | Aug 16 2024 01:48:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519546167 | EDI: WFNNB.COM | Aug 16 2024 01:48:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519551519 | EDI: DISCOVER | Aug 16 2024 01:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519546168 | EDI: DISCOVER | Aug 16 2024 01:48:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519546169 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 15 2024 22:09:00 | GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 519546170 | EDI: LCIICSYSTEM | | |

District/off: 0312-1                    User: admin                    Page 2 of 3

Date Rcvd: Aug 15, 2024                 Form ID: 148                   Total Noticed: 30

|  |  |  | |
|---|---|---|---|
| | | Aug 16 2024 01:48:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519546171 | EDI: JPMORGANCHASE | | |
| | | Aug 16 2024 01:48:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 519580615 | + Email/Text: RASEBN@raslg.com | | |
| | | Aug 15 2024 22:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519621120 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 15 2024 22:08:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519635746 | EDI: PRA.COM | | |
| | | Aug 16 2024 01:48:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519629374 | EDI: Q3G.COM | | |
| | | Aug 16 2024 01:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519629109 | EDI: Q3G.COM | | |
| | | Aug 16 2024 01:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519546172 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Aug 15 2024 22:11:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519572853 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Aug 15 2024 22:11:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519546173 | EDI: SYNC | | |
| | | Aug 16 2024 01:48:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519634601 | ^ MEBN | | |
| | | Aug 15 2024 22:02:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519547582 | ^ MEBN | | |
| | | Aug 15 2024 22:02:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636157 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 15 2024 22:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519546175 | EDI: CITICORP | | |
| | | Aug 16 2024 01:48:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519546174 | EDI: WTRRNBANK.COM | | |
| | | Aug 16 2024 01:48:00 | Target bank, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024                    Signature:       /s/Gustava Winters

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 148 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Debtor Kathleen Miller moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5